UNITED STATES DISTRICT COURT
NORTHERN DISTRI---
WESTERN [

07 CR 50069
Judge Kapala
Magistrate Judge Mahoney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Violations: Title 18, United States Code, ) Sections 922(g)(1) and 924(c)(1); Title 21, |
| BROCK B. BARRETT | ) United States Code, Section 841(a)(1) |

## COUNT ONE

The DECEMBER 2006 GRAND JURY charges:

On or about November 20, 2007, at Rockford, in the Northern District of Illinois, Western Division,

BROCK B. BARRETT,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, namely:

a Glock, Model 26, 9mm handgun, serial number EVK059US,

which possession was in and affecting commerce in that the firearm had previously been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1).



## COUNT TWO

The DECEMBER 2006 GRAND JURY further charges:

On or about November 20, 2007, at Rockford, in the Northern District of Illinois, Western Division,

BROCK B. BARRETT,

defendant herein, knowingly and intentionally did possess with the intent to distribute a controlled substance, namely, approximately 20 grams of mixtures containing cocaine base, in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The DECEMBER 2006 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count One of the foregoing Indictment,

BROCK B. BARRETT,

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Glock, Model 26, 9mm handgun, serial number EVK059US.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

3

No.:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

BROCK B. BARRETT

**INDICTMENT**

Violation(s): Title 18, United States Code, Sections 922(g)(1) and 924(e)(1)
Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreman

Filed in open court this ____ day of _____ A.D. 20___

_____
Clerk

Bail: $