UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 07 CR 50069 |
| | ) |
| BROCK B. BARRETT | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:          Brock B. Barrett
Date of Birth: 5/24/1972
Sex:           Male
Race:          Black

has been and now is, in due form and process of law, detained at the following institution:

WINNEBAGO COUNTY JAIL.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Western Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 922(g)(1) and 924(e), and Title 21, United States Code, Section 841(a)(1), and is now wanted in such division and district on Friday, December 21, 2007, at 11:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

1

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| Kim R. Widup<br>United States Marshal<br>Northern District of Illinois<br>211 S. Court Street<br>Rockford, Illinois 61101 | Richard Meyers, Sheriff<br>Winnebago County Jail<br>650 West State Street<br>Rockford, Illinois 61102 |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that BROCK B. BARRETT be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444