UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 50069 |
| | ) | |
| BROCK B. BARRETT | ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Brock B. Barrett
Date of Birth: 5/24/1972
Sex: Male
Race: Black

has been and now is, in due process of law, incarcerated in the following institution:

WINNEBAGO COUNTY JAIL,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 922(g)(1) and 924(c), and Title 21, United States Code, Section 841(a)(1), and that said defendant should appear in this case in the United States District Court at Rockford, Illinois on Friday, December 21, 2007, at 11:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

IT IS THEREFORE ORDERED that the following persons:

Kim R. Widup
United States Marshal
Northern District of Illinois
211 S. Court Street
Rockford, Illinois 61101

Richard Meyers, Sheriff
Winnebago County Jail
650 West State Street
Rockford, Illinois 61102

1

bring or cause to be brought before this Court, at said time on said date, in the Federal Courthouse in Rockford, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

P. MICHAEL MAHONEY
United States District Court Judge

DATED at Rockford, Illinois
this 18th day of December, 2007