## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50069 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | USA vs. BROCK BARRETT | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to writ. Court appoints Haneef Omar as counsel. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by December 28, 2007. Defendant's oral motion for time to January 31, 2008 to file pretrial motions is granted. USA's oral motion for the time of December 21, 2007 to and including January 31, 2008 to be deemed excludable under 18 USC 3161(h)(1)(X-E) is granted. Status hearing set for January 31, 2008 at 11:00 am. USA moves for detention. Detention hearing set for December 27, 2007 at 3:00 pm. Enter order of temporary detention.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|