## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50069 - 1 | **DATE** | 12/27/2007 |
| **CASE TITLE** | USA vs. BROCK BARRETT | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50069    Document 8    Filed 12/27/2007    Page 1 of 1

07CR50069 - 1 USA vs. BROCK BARRETT                                                                                          Page 1 of 1