## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50069 - 1 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. BROCK BARRETT | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's motion for discovery presented. The issue of physical discovery has been resolved by counsel. Response due March 14, 2008. Reply due March 21, 2008. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Defendant's oral motion for an extension of time to April 2, 2008 to file pretrial motions is granted. USA's oral motion for the time of February 29, 2008 to and including April 2, 2008 to be deemed excludable under 18 USC 3161(h)(1)(X-E) is granted. Status hearing set for April 2, 2008 at 11:30 am.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|