## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50069 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. BROCK BARRETT | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer. Defendant is transferred to Judge Kapala's calendar. Defendant's motion for discovery fully briefed. Defendant to file additional pretrial motion by the end of the day. Response due April 11, 2008. Reply due April 16, 2008. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. USA's oral motion for the time of April 2, 2008 to and including April 11, 2008 to be deemed excludable under 18 USC 3161(h)(1)(f) (X-E) is granted. Status hearing set before Judge Kapala for April 11, 2008 at 9:00 am.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|