WCSP# 07-073747
STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL DISTRICT
COUNTY OF WINNEBAGO

## COMPLAINT FOR SEARCH WARRANT

Daniel Freedlund, sworn on oath, says certain instruments, articles or things, which have been used in the commission of, or which may constitute the commission of the offense of Violation of the Illinois Controlled Substances Act are located within the following described place situated in the County of Winnebago, State of Illinois, to wit: **That the premises located at 636 Sixteenth Avenue, Rockford, Illinois, upper apartment, is further described as being a two story, red brick with white trim, two family residence, with the numbers "636" clearly displayed on the front south/east side mailbox attached to the wall next to the south/east door of the residence. Specifically the east side door that leads to the upper apartment.**
That such instruments, articles or things, are particularly described as follows: Cocaine, United States currency, pagers, cellular telephones, video cameras, scanners, two way radios, intercom systems, firearms and ammunition, scales, binoculars, safes, and narcotic paraphernalia, including but not limited to plastic bags, zip lock bags and/or paper folds, grinders or mixing devices, spoons, straws, syringes, pipes, glass tubes, powders to adulterate cocaine, records (both written and recorded) and computer hardware and software describing names, quantities of currency and narcotics sold, purchased or possessed, and any documents listing the name of the person or persons who receive mail or who own, rent, or reside at the premises located at **636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois,** or any clothing or personal effects indicating who was in possession of any of the items listed above.

That complainant has probable cause to believe that aforesaid facts are true for the following described reasons: see the attached affidavit which is incorporated by reference herein.

WHEREFORE, complainant prays that a search warrant may be issued accordingly.

_____
Complainant

Subscribed and sworn to before me this _____ day NOV 1 0 2007 _____ 2007

_____
Judge of the 17th Judicial Court of Winnebago
County, Illinois.

11/19/07

County of Winnebago     )
                        )
Warrant                 )           Affidavit in Support of Search
State of Illinois       )

After first being duly sworn on oath I, Daniel Freedlund, depose and state the following:

That I am a Sheriff's Deputy employed by the Winnebago County Sheriff's Police and have been so employed for the past nine years and that I am currently assigned as an investigator with the Winnebago County Sheriff's Police Metro Narcotics Unit.

My duties as a member of the Winnebago County Sheriff's Police Metro Narcotic Unit include the enforcement of violations of the Illinois Controlled Substances Act and violations of the Cannabis Control Act. During my police career, I have received training in the enforcement of narcotics laws from the Police Training Institute at the University of Illinois, the Northern Illinois Training Advisory Board and Drug Enforcement Administration. I have been involved in several narcotic investigations and the execution of multiple narcotic search warrants. I frequently discuss the activities drug dealers/users and the equipment used in connection with drug dealers/users with narcotic dealers and users that have been arrested, informants and other narcotic investigators. In my experience, any of the following items are likely to be found in the possession of narcotic dealers: Cocaine, Unites States currency, pagers, cellular telephones, video cameras, scanners, two way radios, intercom systems, firearms and ammunition, scales, binoculars, safes, and narcotic paraphernalia, including but not limited to plastic bags, zip lock bags and/or paper folds, grinders or mixing devices, spoons, straws, syringes, pipes, glass tubes, powders to adulterate cocaine, records (both written and recorded) and computer hardware and software describing names, quantities of currency and narcotics sold, purchased or possessed.

Since the beginning of November 2007, members of the Winnebago County Sheriff's Police Metro Narcotic unit have been receiving information from concerned citizens who wish to remain anonymous for fear of retaliation that 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois, is a drug house. These concerned citizens said that unknown person(s) arrive on foot and in vehicles and go to 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois. The unknown person(s) will enter the residence, remain inside the residence for a few minutes and then leave. These concerned citizens stated that the traffic in and out of 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois, is very steady through out the day and night. In my police training and experience, this is indicative of drug sales.

That within the past three days, Deputy Heavin and I were able to make a controlled purchase of cocaine from the residence located at 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois, utilizing a confidential informant (here after referred to as the CI). This was done by meeting the CI at a predetermined location, at which time I searched the CI and found the CI to be free of narcotics and/or United States Currency. I

provided the CI with United States Currency from the Official Advanced Funds of the Winnebago County Sheriff's Police Metro Narcotic Unit and instructed the CI to use the funds to purchase cocaine from the residence at 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois. Deputy Heavin and I drove the CI to the area of 636 Sixteenth Avenue, Rockford, Illinois in an official undercover department vehicle. The CI then exited the vehicle, and with a clear and unobstructed view, we observed the CI walk directly to the east door of 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois. The CI then knocked on the east door and entered the residence. The CI remained inside the residence for approximately two minutes before exiting the residence through the same door the CI originally entered. The CI then got into our official undercover department vehicle. The CI handed me one off-white, rock-like substance. The CI advised the off-white, rock-like substance was crack cocaine the CI purchased from an unknown black male while inside the residence at 636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois with the funds I provided the CI. The CI stated the East door at 636 Sixteenth Avenue leads to a set of stairs that go directly to the upper apartment. We drove the CI to a predetermined location and I again searched the CI for drugs/narcotics and US Currency, with negative results. I maintained custody of the suspected cocaine until I arrived at the Metro Narcotics Office where I performed a field test on a portion of the off-white, rock-like substance which resulted with a positive reaction indicating the probable presence of cocaine on the portion tested.

That the premises located at 636 Sixteenth Avenue, Rockford, Illinois, upper apartment, is further described as being a two story, red brick with white trim, two family residence, with the numbers "636" clearly displayed on the front south/east side mailbox attached to the wall next to the south/east door of the residence. Specifically the east side door that leads to the upper apartment.

Affiant further sayeth not.

Affiant _____

Affiant Subscribed and sworn to before me this ____ day of NOV 19 2007, 2007.

_____
Associate Judge of the Circuit Court of Winnebago County, Illinois.

WCSP # 07-073747
STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL DISTRICT
COUNTY OF WINNEBAGO

### SEARCH WARRANT

_____*[signature]*_____, Judge of the Circuit Court of Winnebago County, Illinois, to all peace officers of the State of Illinois, Greetings:

WHEREAS, a written complaint under oath has been made before me this day stating facts sufficient to show probable cause for search of the following described place, to wit: **That the premises located at 636 Sixteenth Avenue, Rockford, Illinois, upper apartment, is further described as being a two story, red brick with white trim, two family residence, with the numbers "636" clearly displayed on the front south/east side mailbox attached to the wall next to the south/east door of the residence. Specifically the east side door that leads to the upper apartment.**
That such instruments, articles or things, are particularly described as follows: Cocaine, Unites States currency, pagers, cellular telephones, video cameras, scanners, two way radios, intercom systems, firearms and ammunition, scales, binoculars, safes, and narcotic paraphernalia, including but not limited to plastic bags, zip lock bags and/or paper folds, grinders or mixing devices, spoons, straws, syringes, pipes, glass tubes, powders to adulterate cocaine, records (both written and recorded) and computer hardware and software describing names, quantities of currency and narcotics sold, purchased or possessed, and any documents listing the name of the person or persons who receive mail or who own, rent, or reside at the premises located at **636 Sixteenth Avenue, Upper Apartment, Rockford, Illinois,** or any clothing or personal effects indicating who was in possession of any of the items listed above.

YOU ARE HEREBY COMMANDED to execute this search warrant not later than 96 hours after the time of issuance stated below by searching the premises herein described and seizing the instruments, articles or things herein described, if found therein, and in so doing may use such force as is reasonable and necessary to effect an entry into said premises, and to make your return of all instruments, articles or things seized without unnecessary delay.

Given this ____NOV day of 2007____ A.D., 2007 at __4:10__ O'Clock __P__ M

_____*[signature]*_____
Judge of the 17th Judicial Court of
Winnebago County, Illinois.

*[signature] 11/19/07*