## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50069 - 1 | **DATE** | 4/11/2008 |
| **CASE TITLE** | USA vs. Brock Barrett | | |

**DOCKET ENTRY TEXT:**

Status hearing held. 3-Day Jury Trial set for June 3, 2008 at 8:45 a.m. Final pretrial conference set for May 27, 2008 at 9:00 a.m. Court will rule on pending motions by April 29, 2008. USA's oral motion for excludable time from April 11, 2008 through and including April 29, 2008 pursuant to 18 USC 3161(h)(1)(J)[X-G] is granted.

*Notices mailed by Judicial staff.*

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|