# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50069 - 1 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Brock B. Barrett | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. United States' recommendation of sentence above advisory sentencing guidelines range is denied. United States' motion for entry of preliminary order of forfeiture is granted. Enter preliminary order of forfeiture. Enter judgment in a criminal case.

*[signature: Frederick J. Kapala]*

Docketing to mail notices.

01:00

# FILED

SEP 09 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|